

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The clerk's record was due October 31, 2016, but was not filed. On November 1, 2016, the clerk filed a notification of late record stating the clerk's record was not filed because appellants have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee.

We **ORDER** appellants to provide written proof to this court on or before **November 14, 2016** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants are entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellants fail to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

We **order** the clerk of this court to serve copies of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court